IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LA QUITA BENNETT                                                                                      PLAINTIFF

v.                                         4:22-CV-01050-BRW

KEURIG GREEN MOUNTAIN, INC.                                                         DEFENDANT

## ORDER

For the same reasons set out in today's order denying remand in *Chambers v. Stihl Incorporated USA*[1] and *Allinder v. Dollar General*,[2] Plaintiff's motion to remand (Doc. No. 18) is DENIED.

IT IS SO ORDERED this 11th day of August, 2023.

                                      Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

---

[1] No. 4:22-cv-00688-BRW (E.D. Ark.), Doc. No. 41.

[2] No. 4:22-cv-00801-BRW (E.D. Ark.), Doc. No. 37.